```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11510
    GREGORY A. MAREK
    CHRISTINE D MAREK                       CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7591     SSN XXX-XX-9975


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/27/07 .

    2.  The case was dismissed without confirmation, 10/05/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00             .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE  NOT FILED             .00           .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC         .00             .00           .00
WILL COUNTY TREASURER     SECURED               .00             .00           .00
FIA CARD SERVICES         UNSECURED      NOT FILED             .00           .00
CAB SERVICES INC          UNSECURED      NOT FILED             .00           .00
CAB SERVICES INC          UNSECURED      NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED             .00           .00
CB USA INC                UNSECURED      NOT FILED             .00           .00
CDA PONTIAC               UNSECURED      NOT FILED             .00           .00
COMED                     UNSECURED      NOT FILED             .00           .00
COLLECTION PROFESSIONALS  UNSECURED      NOT FILED             .00           .00
CREDITORS COLLECTION      UNSECURED      NOT FILED             .00           .00
DEPENDON COLLECTION SERV  UNSECURED      NOT FILED             .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED             .00           .00
HSBC                      UNSECURED      NOT FILED             .00           .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED             .00           .00
METROPOLITAN ADVANCED RA  UNSECURED      NOT FILED             .00           .00
MIDSTATE COLLECTION       UNSECURED      NOT FILED             .00           .00
NICOR GAS                 UNSECURED      NOT FILED             .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID

NUMARK CREDIT UNION       UNSECURED      NOT FILED             .00           .00
ST JOSEPH HOSPITAL        UNSECURED      NOT FILED             .00           .00
TRIBUTE                   UNSECURED      NOT FILED             .00           .00
UNITED COLLECTIONS        UNSECURED      NOT FILED             .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00          .00           .00
PRINCIPAL PAID        .00         .00         .00          .00           .00
INTEREST PAID         .00         .00         .00          .00           .00
```

```
TOTAL PAID                        .00          .00         .00          .00          .00
The Debtor's attorney, JOHN C DENT                      , was allowed $    3500.00
and was paid $     295.00   direct and $        .00   through the plan.

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/14/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```




                                        PAGE   2
         CASE NO. 07 B 11510 GREGORY A. MAREK & CHRISTINE D MAREK